IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-19-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO CONTINUE DEADLINE FOR GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS |
| JAMES JOSEPH STREITZ, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Continue Deadline for Government's Response to Defendant's Motion to Suppress (Doc. 23), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the Government's motion to continue its deadline to respond to the defendant's motion to suppress is **GRANTED**. The Government's response deadline is extended up to and including **May 30, 2017**.

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 23 day of May, 2017.

SUSAN P. WATTERS
United States District Court Judge

1