IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL - 6 2017
Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 17-19-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES JOSEPH STREITZ, | |
| Defendant. | |

Upon the United States' Notice of Appeal (Interlocutory) (Doc. 30), the trial currently scheduled for July 10, 2017 is **VACATED.** This case is **STAYED** pending further notice from the Ninth Circuit Court of Appeals. For purposes of the Speedy Trial Act, any delay caused by this interlocutory appeal is excluded. 18 U.S.C. § 3161(h)(1)(C).

The Clerk of Court is directed to notify the parties of the making of this Order.

Dated this 6th day of July, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge

1