
FILED
OCT 0 5 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-19-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMES JOSEPH STREITZ, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment without Prejudice (Doc. 39), and good cause appearing,

IT IS HEREBY ORDERED that the indictment (Doc. 1) filed on February 16, 2017 against the defendant, James Joseph Streitz, is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 5th day of October, 2017.

SUSAN P. WATTERS
United States District Judge